**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John G. Nagy** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5982** <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **20–21108–CMB** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   John G. Nagy

<u>7/15/20</u>                                                   **By the court:**   <u>Carlota M. Bohm</u>
                                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 20-21108-CMB
John G. Nagy                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2              Date Rcvd: Jul 15, 2020
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
```
db          +John G. Nagy,    3885 Beechwood Blvd,    Pittsburgh, PA 15217-2613
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15223063    +First National Bank of Omaha,    Attn: Bankruptcy,    Po Box 3128,    Omaha, NE 68103-0128
15223066    +James Almara,    3885 Beechwood Blvd,    Pittsburgh, PA 15217-2613
15223070     NASA Federal Credit Union,    Attn Loan Servicing Dpt,    Upper Marlboro, MD 20774
15223062   ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
             (address filed with court:   First National Bank of Omaha,    P.o. Box 3412,   Omaha, NE 68197)
15223073    +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15223074    +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15223072     Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
15223081     U.S. Bancorp,    Cb Disputes,    Saint Louis, MO 63166
15223083     UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QNLCARDIELLO.COM Jul 16 2020 08:33:00      Natalie Lutz Cardiello,    107 Huron Drive,
              Carnegie, PA 15106-1826
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 05:17:35
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA   17128-0946
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 05:17:35      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
cr          +E-mail/Text: kburkley@bernsteinlaw.com Jul 16 2020 05:19:17      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
cr          +EDI: PRA.COM Jul 16 2020 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
15223053     EDI: ARSN.COM Jul 16 2020 08:33:00      ARS National Services Inc.,    PO Box 469100,
              Escondido, CA 92046-9100
15223052    +EDI: GMACFS.COM Jul 16 2020 08:33:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
              Bloomington, MN 55438-0901
15223051    +EDI: GMACFS.COM Jul 16 2020 08:33:00      Ally Financial,    P.o. Box 380901,
              Bloomington, MN 55438-0901
15223054    +EDI: CAPITALONE.COM Jul 16 2020 08:33:00      Capital One,    Po Box 30281,
              Salt Lake City, UT 84130-0281
15223056    +EDI: CAPITALONE.COM Jul 16 2020 08:33:00      Capital One,    Po Box 30253,
              Salt Lake City, UT 84130-0253
15223057    +EDI: CAPITALONE.COM Jul 16 2020 08:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
15223061    +EDI: CITICORP.COM Jul 16 2020 08:33:00      Citibank,    Citicorp Credit Srvs/Centralized Bk dept,
              Po Box 790034,    St Louis, MO 63179-0034
15223060    +EDI: CITICORP.COM Jul 16 2020 08:33:00      Citibank,    Po Box 6217,
              Sioux Falls, SD 57117-6217
15223065    +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 16 2020 05:19:10
              Flagstar Bank,    Attn: Bankruptcy,    5151 Corporate Drive,    Troy, MI 48098-2639
15223064    +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 16 2020 05:19:10
              Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
15223069    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 16 2020 05:28:01
              Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15223068    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 16 2020 05:29:05
              Merrick Bank/CardWorks,    Po Box 9201,    Old Bethpage, NY 11804-9001
15223071     E-mail/Text: e-bankruptcy@nasafcu.com Jul 16 2020 05:16:35      NASA Federal Credit Union,
              Attn: Bankruptcy,    Po Box 1778,    Bowie, MD 20717
15223075    +EDI: RMSC.COM Jul 16 2020 08:33:00      Syncb/HSN,    Po Box 965017,    Orlando, FL 32896-5017
15223076    +EDI: RMSC.COM Jul 16 2020 08:33:00      Syncb/HSN,    Attn: Bankruptcy,    Po Box 965060,
              Orlando, FL 32896-5060
15223675    +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
15223078    +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/QVC,    Attn: Bankruptcy Dept,
              Po Box 965060,    Orlando, FL 32896-5060
15223077    +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/QVC,    Po Box 965005,
              Orlando, FL 32896-5005
15223080    +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/ShopNBC,    Attn: Bankruptcy Dept,
              Po Box 965060,    Orlando, FL 32896-5060
15223079    +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank/ShopNBC,    Po Box 965005,
              Orlando, FL 32896-5005
15223082    +EDI: USBANKARS.COM Jul 16 2020 08:33:00      U.S. Bancorp,    Attn: Bankruptcy,
              800 Nicollet Mall,    Minneapolis, MN 55402-7014
                                                                                              TOTAL: 26
```

```
District/off: 0315-2         User: admin              Page 2 of 2              Date Rcvd: Jul 15, 2020
                             Form ID: 318             Total Noticed: 37


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               FLAGSTAR BANK, FSB
15223055*       +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
15223058*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15223059*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15223067*       +James Almara,    3885 Beechwood Blvd,    Pittsburgh, PA 15217-2613
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK, FSB bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor John G. Nagy julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Natalie Lutz Cardiello    ncardiello@cardiello-law.com,  ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```